# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4734
_____

PATRICK O. PETERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Jackson County.
Shonna Young Gay, Judge.

June 5, 2018


PER CURIAM.

AFFIRMED.

WOLF, JAY, and WINSOR, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Iyada Jackson, Altamonte Springs, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.